| | |
|---|---|
| 1 | LELAND LAW |
| 2 | 7200 Greenleaf Avenue, Suite 170A |
|   | Whittier, CA 90602 |
| 3 | Telephone: (562) 904-6955 |
| 4 | Facsimile: (562) 632-1301 |
|   | MOSELLE C. LELAND (State Bar No: 268272) |
| 5 | E-mail: tracey@disabilitylawfirm.com |
| 6 |       Attorneys for Plaintiff |
|   | TRACY L. WILKISON |
| 7 | United States Attorney |
| 8 | DAVID M. HARRIS |
|   | Assistant United States Attorney |
| 9 | Chief, Civil Division |
| 10 | CEDINA M. KIM |
|    | Assistant United States Attorney |
| 11 | Senior Trial Attorney, Civil Division |
| 12 | MICHAEL K. MARRIOTT, CSBN 280890 |
| 13 | Special Assistant United States Attorney |
|    |     Social Security Administration |
| 14 |     160 Spear Street, Suite 800 |
| 15 |     San Francisco, CA  94105 |
|    |     Telephone:  (415) 977-8985 |
| 16 |     Facsimile: (415) 744-0134 |
| 17 |     Email:  Michael.Marriott@ssa.gov |
|    |     Attorneys for Defendant |
| 18 | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DVISION

| | | |
|---|---|---|
| PRISCILLA LYNN PASCUA, | ) | Case No. EDCV 20-01175-JPR |
|    Plaintiff, | ) | |
|  | ) | **ORDER AWARDING EQUAL** |
| v. | ) | **ACCESS TO JUSTICE ACT** |
| KILOLO KIJAKAZI, Acting | ) | **ATTORNEY FEES PURSUANT TO** |
| Commissioner of Social Security, | ) | **28 U.S.C. § 2412(d)** |
|  | ) | |
|    Defendant. | ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of SIX THOUSAND FOUR HUNDRED DOLLARS [$6,400.00], as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation

Dated: March 2, 2022

_____
HON. JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE